**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| WAEL YAHYA ALNATSHEH, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER BULLOCK, New Orleans | ) | No. 2:26-cv-02598-SHL-atc |
| Field Office Director of Immigration and | ) | |
| Customs Enforcement, Enforcement and | ) | |
| Removal Operations, | ) | |
|     Respondent. | ) | |

**ORDER FOR RESPONDENT TO SHOW CAUSE**

On July 17, 2026, the Court granted Wael Alnatsheh's Petition for Writ of Habeas Corpus under 28 U.S.C. §2241, because Respondent Christopher Bullock, Field Office Director for Immigrations and Customs Enforcement ("ICE"), violated Alnatsheh's Fifth Amendment right to due process by detaining him since January 2026 without affording him a bond hearing as mandated by 8 U.S.C. § 1226(a).  (ECF No. 16.)

That prior order required Petitioner's immediate release and directed Respondent to file a status update within two days, certifying compliance.  (Id. at PageID 80.)  To date, no status update has been filed, nor has Respondent filed a motion seeking an extension of time to comply with the order.  Therefore, Respondent is **ORDERED TO SHOW CAUSE** within **three days** of this Order as to why no status update was filed by July 19, 2026.  In his response, Respondent shall explain whether Petitioner Alnatsheh was, indeed, released from custody after the Petition was granted.  Further tardiness in this matter will not be tolerated.

**IT IS SO ORDERED,** this 28th day of July, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE